# Court of Appeals
# of the State of Georgia

ATLANTA,  August 11, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0071. ARTHUR BUSSEY v. THE STATE.

In 2015, Arthur Bussey pled guilty to two counts of aggravated assault and was sentenced to 30 years, to serve 20 in confinement. Since then, Bussey has filed numerous motions in the trial court seeking to challenge his convictions and sentence, and five appeals. See Case Nos. A20A1924 (Nov. 12, 2020) (affirming the trial court's denial of Bussey's motion to withdraw his guilty plea that was based, in part, on challenges to his indictment), A20A1978 (Aug. 24, 2020) (dismissing appeal from the trial court's order denying Bussey's motion challenging the constitutionality of his indictment), A24A0681/A24A0684 (Jan. 18, 2024) (dismissing appeal from the trial court's order denying Bussey's motion to set aside a void judgment), A25A0578 (Oct. 28, 2024) (dismissing appeal from the trial court's order denying Bussey's extraordinary motion for new trial based on an allegedly defective indictment). In his filings, Bussey has repeatedly attacked his indictment as  a basis for challenging his convictions and sentence. See id.

In April 2025, Bussey, pro se, filed a "Motion to Dismiss Double Jeopardy Indictment," once again challenging his convictions and sentence based on the indictment. The trial court denied Bussey's motion and he filed this appeal. However, Bussey's appeal is barred because the issues he raises have or could have been litigated in his prior appeals. See *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) ("It is axiomatic that the same issue cannot be relitigated ad infinitum. The same is true of appeals of the same issue on the same grounds.") (punctuation omitted); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled

to another bite at the apple by way of a second appeal"); *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) (dismissal of previous appeal constitutes the binding law of the case, even though the appeals court did not reach the merits of the claim in the prior case). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*___08/11/2025_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*